**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover          Date:   November 21, 2011
Court Reporter:     Paul Zuckerman
Probation Officer:  Justine Kozak
Interpreter:        Susanna Cahill

Criminal Action No. 11cr-00208-MSK

*Parties*:                                    *Counsel*:

UNITED STATES OF AMERICA,                     Kurt Bohn

    Plaintiff,

v.

GERARDO GUTIERREZ-MARTINEZ,                   Matthew Belcher

    Defendant.

---

**SENTENCING MINUTES**
_____

**11:09 a.m.    Court in session**.

Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing on August 8, 2011.  Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The defendant **does** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #22)** Argument.

Allocution. - Statements made by:  The defendant.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** The Government's Motion for Decrease for Acceptance of Responsibility **(Doc. #20)** is **GRANTED.**

**ORDER:** Defendant's Motion for Non-Guideline Sentence (Variance) **(Doc. #22)** is **GRANTED in part and DENIED in part.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:39 a.m.** **Court in recess.**

Total Time: 30 minutes.
Hearing concluded.